# Exhibit A

As / Is    BEAUTY    STYLE    CULTURE    TRENDING    MUST HAVES    WHO WE ARE    BUZZFEED



December 29, 2014, at 2:55 p.m.

# 17 Incredibly Earnest WikiHow Entries That'll Teach You How To Dress Like Your Favorite Celeb

**Including "Rihanna's dance hall teen look."**



Julie Gerstein
BuzzFeed Staff

## 1. Justin Bieber



wikihow.com

Share    Pin



Jason Merritt / Getty Images

Share    Pin

**Pro tip:** "Your hair should look soft, feathery, and smooth."



Find a wide selection of USDA organic ingredients to tackle your recipes without draining your budget with Great Value Organics from Walmart.

Promoted By
Walmart WOW



Learn More

As / Is   BEAUTY   STYLE   CULTURE   TRENDING   MUST HAVES   WHO WE ARE   BUZZFEED

## 2. Katy Perry

 

wikihow.com                         gokatyperry.com

 Share   Pin          Share   Pin

**Pro tip** "Wearing colorful vintage dresses reveals Katy's funny personality. Maybe it will do the same to you! Wear them in a color of your choice."

## 3. Rihanna

 

wikihow.com                         Christopher Polk / Getty Images

Share   Pin         Share   Pin

**Pro tip:** "Try Rihanna's dance hall teen look. This is one of her best-known looks and it's cute and sexy at the same time. If you want to try this look, you should wear Converse, baggy jeans, cropped tops showing off that tanned belly button, sequins, sparkles, and not too much pink. The most important thing is that you look young and sexy at the same time."

### Latest from As / Is



**We Trained Like Cirque Du Soleil Artists • Ladylike**



**We Were Pitched Beauty Products At A Cosmetics Convention**



**35 Easy Tips And Tricks For Quickly Reviving Damaged Hair**

### Connect with As / Is

## 4. Kim Kardashian




**Important Tip:** "Swagger. Be cool, calm and collected. Kim can be selfish as some of us know--on her many reality TV shows. You don't have to be Kim--but you can imitate her."

## 5. Jennifer Lawrence



**Pro tip:** "Take care of yourself. Brush your hair, avoid chapped lips, wash your face regularly and maybe even get a slight tan."



**15 Things Women With Big Boobs Know To Be True**



**Thousands Of People Say This Coconut Oil Has Worked Wonders For Them**

## 6. Emma Watson



wikihow.com · ascal Le Segretain / Getty Images

**Pro tip:** "Make the most of your eyebrows. Don't hide the most expressive part of your face. Keep them in tidy shape and check out this photo to help you copy the fine lines Emma achieves."





**21 Of The Best Exfoliation Products You Can Get On Amazon**

## 7. Taylor Swift



wikihow.com · Brian Ach / Getty Images

**Pro tip:** "Let the haters hate. Taylor doesn't care when people are mean to her or gossip about her dating life or clothes. She understands that she has millions of Twitter followers and doesn't hate on the haters. Instead, Taylor appreciates all of the good things in her life and treats everyone with kindness and grace. Don't let anyone get you down or tell you who you are. Work on being like Taylor, and having the confidence that lets you do your own thing without caring about what other people are saying about you."

As / Is     BEAUTY   STYLE   CULTURE   TRENDING   MUST HAVES   WHO WE ARE   BUZZFEED

## 8. Steven Seagal



wikihow.com | hitfix.com

Share | Pin | Share | Pin

**Pro tip:** "Get a nice, quality, leather jacket. This will improve your ability to carry out the martial arts moves you know nothing about, simply because it 'feels Seagal.' If you are not wearing the leather jacket, you must wear a floral design shirt or one of those creepy silk vests Seagal wears (eg: a kimono). This will never ever get ripped or torn in any way, because Seagal's clothes are invincible."

## 9. Shakira



wikihow.com | google.com

Share | Pin | Share | Pin

**Pro tip:** "Wear sexy but not skanky outfits. Don't reveal all—subtly sexy is hot. Shakira doesn't wear very much jewelry, but when she does, she wears long necklaces, rocker band bracelets, and rings, but not earrings."

## 10. Nicki Minaj



wikihow.com • Dave Kotinsky / Getty Images

**Pro tip:** "Start with a base layer of bright underwear. Choose a pushup bra and pair of panties that can be worn under tight clothing."

## 11. Khloe Kardashian



wikihow.com • Valerie Macon / Getty Images

**Pro tip:** "She might have an edge, but she's SO not goth. She's spunky but CHIC; she makes it work. She's not a biker-chick. ... She wears black in a classy way."

## 12. Pete Wentz



wikihow.com

David Livingston / Getty Images

**Pro tip:** "Put on a fitted T-shirt that's either black, plain white or ironic in some way (think about out-of-the-way diners or local BBQ houses). Throw a dark colored hoodie over the t-shirt and keep the hood on."

## 13. Ryan Gosling



wikihow.com

Paramount Pictures

**Pro tip:** "To complete your look, purchase the iconic Ryan Gosling *Drive* jacket."

## 14. Taylor Momsen



**Pro tip:** "Wear plaid. It is Taylor's favorite print."

## 15. Selena Gomez





**Pro tip:** "Shop for clothes. Selena wears skinny jeans, scarfs, heels, and anything else that is frilly or girly."

### 16. Demi Lovato



wikihow.com — Jason Kempin / Getty Images

**Pro tip:** "Shave the side of your head. Demi's more recent awesome hairdo involves her having shaved part of the left side of her head, while keeping the rest of her hair straight and long, letting it fall a bit over the other side of her face. If you have the guts to pull this one off, just shave one side of your hair, from about your ear to your middle part, while keeping the rest of your hair long. This is a more edgy and exciting look, and it's part of the new Demi."

### 17. Mila Kunis

Image has been removed at the request of the copyright owner    Image has been removed request of the copyright o




wikihow.com — ebay.com

**Pro tip:** "Create features on your face similar to hers. Mila has big hazel eyes and bow-like lips. If you don't have these features naturally, you can always fake them."